United States District Court
Western District of Texas
Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Halvorsen, Joel Spencer |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, September 29, 2021 |
| Re: | 01:21-CV-00396-LY / Doc # 15 / Filed On: 09/29/2021 09:42 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Pleading is deficient because the proposed order is incomplete. It does not contain a signature line for the Judge's signature. Please correct and resubmit proposed order using the "Attachment event" (located under other documents) from menu and link the proposed order to this document.  DO NOT refile the entire document.