## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| RICHARD ZEPEDA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:21-cv-396 |
| ) | |
| HEALTHCARE REVENUE RECOVERY ) | |
| GROUP d/b/a ARS ACCOUNT ) | |
| RESOLUTION SERVICE, LLC ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER OF DISMISSAL

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Richard Zepeda has Filed a Notice of Dismissal in this matter. This Notice has asked the Court to dismiss all remaining claims against Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Service, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that the Notice of Dismissal is GRANTED, and all remaining claims are to be dismissed with prejudice against Defendant Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Service, LLC.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.


Dated this _____ day of _____, 2021

_____
Honorable Judge Presiding